IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MASTERCRAFT INTERNATIONAL USA, INC., | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 4:11CV00620 SWW |
| LACEFIELD DESIGNS, INC., | * * | |
| Defendant. | * | |

The complaint in this matter was filed on August 10, 2011. Summons were issued and returned to the attorney for plaintiff. The case file does not reflect that plaintiff has served defendant with process, therefore, failing to meet the requirements under the Federal Rules of Civil Procedure with respect to Rule 4(l) requiring proof of service upon defendant and (m) requiring a 120-day time limit for service.

IT IS THEREFORE ORDERED that plaintiff shall file proof of service with the Court no later than January 17, 2012. If plaintiff fails to comply with this Order, the Court will be inclined to dismiss this matter for failure to prosecute this action.

Dated this 29th day of December, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE