IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MASTERCRAFT INTERNATIONAL USA, INC., | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 4:11CV00620 SWW |
| LACEFIELD DESIGNS, INC., | * * | |
| Defendant. | * | |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of dismissal filed by the parties pursuant to Fed.R.Civ.P. 41(a),

IT IS THEREFORE ORDERED that all claims and counterclaims in this cause of action hereby are dismissed with prejudice, each side to bear their own fees and costs.

DATED this 24th day of July, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE